UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **24-3454**

Case Title: **Nathan Roberts et al**  vs. **Progressive Casualty Insuranec Compar**

List all clients you represent in this appeal:

**Nathan Roberts and Freedom Truck Dispatch, LLC**

- ☑ Appellant
- ☐ Petitioner
- ☐ Amicus Curiae
- ☐ Criminal Justice Act (Appointed)
- ☐ Appellee
- ☐ Respondent
- ☐ Intervenor

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Benjamin M. Flowers**   Signature: s/ **Benjamin M. Flowers**

Firm Name: **Ashbrook Byrne Kresge**

Business Address: **PO Box 8248**

City/State/Zip: **Cincinati, Ohio 45249**

Telephone Number (Area Code): **(513) 201-5775**

Email Address: **bflowers@ashbrookbk.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---