UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **24-3454**

Case Title: **Nathan Roberts, et al.** vs. **Progressive Casualty Insurance Compan**

List all clients you represent in this appeal:

**Nathan Roberts**
**Freedom Truck Dispatch LLC**

☑ Appellant          ☐ Petitioner          ☐ Amicus Curiae          ☐ Criminal Justice Act
☐ Appellee           ☐ Respondent          ☐ Intervenor                    (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

_____

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Jonathan F. Mitchell**          Signature: s/ **Jonathan F. Mitchell**

Firm Name: **Mitchell Law PLLC**

Business Address: **111 Congress Avenue, Suite 400**

City/State/Zip: **Austin, Texas 78701**

Telephone Number (Area Code): **(512) 686-3940**

Email Address: **jonathan@mitchell.law**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

| CERTIFICATE OF SERVICE |
| --- |
| The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing. |

6ca-68
8/17