UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **24-3454**

Case Title: **Nathan Roberts and Freedom Truck Dis** vs. **Progressive Casualty Insurance Compan**

List all clients you represent in this appeal:

**Nathan Roberts and Freedom Truck Dispatch, LLC**

☑ Appellant     ☐ Petitioner     ☐ Amicus Curiae     ☐ Criminal Justice Act
☐ Appellee      ☐ Respondent     ☐ Intervenor              (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Nicholas R. Barry**          Signature: s/ **Nicholas R. Barry**

Firm Name: **America First Legal Foundation**

Business Address: **611 Pennsylvania Ave., SE 231**

City/State/Zip: **Washington, DC 20003**

Telephone Number (Area Code): **(202) 964-3721**

Email Address: **nicholas.barry@aflegal.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.