UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: **24-3454**          Case Manager: **Robin L. Baker**

Case Name: **Nathan Roberts, et al. v. Progressive Casualty Insurance Company, et al.**

Is this case a cross appeal?  ☐ Yes   ☑ No
Has this case or a related one been before this court previously?  ☐ Yes  ☑ No
If yes, state:
  Case Name: _____   Citation: _____
  Was that case mediated through the court's program?  ☐ Yes  ☑ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

> **This appeal is taken against all of the defendants below: Progressive Preferred Insurance Company; Progressive Casualty Insurance Company; and Circular Board Inc. (The Equal Protection Project of the Legal Insurrection Foundation is incorrectly listed as an intervenor on the District Court's docket; it was an amicus curiae.)**
>
> **This appeal will raise the question whether the District Court erred when it dismissed the plaintiffs' claim for relief under 42 U.S.C. 1981 for lack of Article III standing.**

This is to certify that a copy of this statement was served on opposing counsel of record this **31st** day of _____ **May**, **2024**.

**Benjamin M. Flowers**
Name of Counsel for Appellant