UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **24-3454**

Case Title: **Roberts et al.** vs. **Progressive Casualty Ins. Co. et al.**

List all clients you represent in this appeal:

**Circular Board Inc.**

☐ Appellant          ☐ Petitioner          ☐ Amicus Curiae          ☐ Criminal Justice Act
☑ Appellee           ☐ Respondent          ☐ Intervenor                  (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Neal Kumar Katyal**          Signature:  s/ **Neal Kumar Katyal**

Firm Name: **Hogan Lovells US LLP**

Business Address: **555 13th St NW**

City/State/Zip: **Washington DC 20004**

Telephone Number (Area Code): **202-637-5528**

Email Address: **neal.katyal@hoganlovells.com**

Please ensure your contact information above matches your PACER contact information.  If necessary, update your PACER account.

---

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17