UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-3454**

Case Title: **Roberts et al.**  vs. **Progressive Casualty Ins. Co. et al.**

List all clients you represent in this appeal:

**Circular Board Inc.**

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **David M. Foster**   Signature: s/ **David M. Foster**

Firm Name: **Hogan Lovells US LLP**

Business Address: **555 13th St NW**

City/State/Zip: **Washington DC 20004**

Telephone Number (Area Code): **202-637-5573**

Email Address: **david.foster@hoganlovells.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.