**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|                          | 100 EAST FIFTH STREET, ROOM 540 |                          |
|--------------------------|---------------------------------|--------------------------|
| Kelly L. Stephens        | POTTER STEWART U.S. COURTHOUSE  | Tel. (513) 564-7000      |
| Clerk                    | CINCINNATI, OHIO 45202-3988     | www.ca6.uscourts.gov     |

Filed: June 12, 2024

Mr. Neal Kumar Katyal
Mr. Jonathan F. Mitchell
Mr. Michael James Ruttinger

Re: Case No. 24-3454, *Nathan Roberts, et al v. Progressive Preferred Insurance Company, et al*
Originating Case No. 1:23-cv-01597

Dear Counsel,

   Enclosed is a corrected Official Case Caption that should be used for all future filings with the court.

Sincerely yours,

s/Robin L Baker
Case Manager
Direct Dial No. 513-564-7014

cc:  Mr. Nicholas Barry
     Mr. Benjamin Michael Flowers
     Mr. David M. Foster
     Mr. Gene Hamilton
     Mr. Reedy Swanson
     Mr. Michael Nathan Ungar

Enclosure.