NATHAN ROBERTS and FREEDOM TRUCK DISPATCH, LLC, on behalf of themselves and all others similarly situated

                Plaintiffs - Appellants

v.

PROGRESSIVE PREFERRED INSURANCE COMPANY; PROGRESSIVE CASUALTY INSURANCE COMPANY; CIRCULAR BOARD INC., originally named as Circular Board, LLC

                Defendants - Appellees