UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **24-3454**

Case Title: **Roberts, et al.** vs. **Progressive Casualty Ins. Co, et al.**

List all clients you represent in this appeal:

> **Progressive Casualty Insurance Co.**
> **Progressive Preferred Insurance Co.**

☐ Appellant ☐ Petitioner ☐ Amicus Curiae ☐ Criminal Justice Act
☒ Appellee ☐ Respondent ☐ Intervenor (Appointed)

☒ Check if a party is represented by more than one attorney.
☒ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Stephanie Schuster**   Signature: s/ **Stephanie Schuster**

Firm Name: **Morgan, Lewis & Bockius LLP**

Business Address: **1111 Pennsylvania Avenue NW**

City/State/Zip: **Washington, DC 20004**

Telephone Number (Area Code): **202.373.6595**

Email Address: **stephanie.schuster@morganlewis.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---