OFFICE OF THE CIRCUIT MEDIATORS
# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

331 POTTER STEWART U.S. COURTHOUSE
100 EAST FIFTH STREET
CINCINNATI, OHIO 45202-3988
CA06-MEDIATION@CA6.USCOURTS.GOV

CATHERINE C. GEYER
*Chief Circuit Mediator*
KATHRYN L. WOLLENBURG
SCOTT COBURN
JOHN A. MINTER

TELEPHONE (513) 564-7330
FAX (513) 564-7349

June 25, 2024

Nicholas Barry
Benjamin Michael Flowers
David M. Foster
Gene Hamilton
Neal Kumar Katyal
Jonathan F. Mitchell
Michael James Ruttinger
Stephanie Schuster
Reedy Swanson
Michael Nathan Ungar

Re:  *Nathan Roberts, et al v. Progressive Casualty Insurance Company, et al,* CA No. 24-3454

## CANCELATION NOTICE

Dear Counsel:

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, the mediation conference currently scheduled for **June 27, 2024**, is hereby **CANCELED**.

Sincerely,

Connie A. Weiskittel
Mediation Administrator

cc:     Scott Coburn