UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **24-3454**

Case Title: **Nathan Roberts et al** vs. **Progressive Casualty Insurance Company**

List all clients you represent in this appeal:

**Nathan Roberts and Freedom Truck Dispatch, LLC**

- ☑ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Julie Elizabeth Byrne**    Signature: s/ **Julie Elizabeth Byrne**

Firm Name: **Ashbrook Byrne Kresge**

Business Address: **PO Box 8248**

City/State/Zip: **Cincinnati, Ohio 45249**

Telephone Number (Area Code): **(513) 827-1776**

Email Address: **jebyrne@ashbrookbk.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.