UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **24-3454**

Case Title: **Nathan Roberts, et al.**  vs. **Progressive Preferred Insurance Company**

List all clients you represent in this appeal:

**Equal Protection Project of the Legal Insurrection Foundation**

☐ Appellant  ☐ Petitioner  ☑ Amicus Curiae  ☐ Criminal Justice Act
☐ Appellee   ☐ Respondent  ☐ Intervenor              (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **William A. Jacobson**    Signature: s/ **William A. Jacobson**

Firm Name: **Equal Protection Project of the Legal Insurrection Foundation**

Business Address: **18 Maple Avenue 280**

City/State/Zip: **Barrington, Rhode Island 02806**

Telephone Number (Area Code): **(401) 246-4192**

Email Address: **contact@legalinsurrection.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.