No. 24-3454

# United States Court of Appeals for the Sixth Circuit

NATHAN ROBERTS AND FREEDOM TRUCK DISPATCH, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,

*Plaintiffs-Appellants*,

v.

PROGRESSIVE PREFERRED INSURANCE COMPANY; PROGRESSIVE CASUALTY INSURANCE COMPANY; CIRCULAR BOARD INC., ORIGINALLY NAMED AS CIRCULAR BOARD LLC,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the Northern District of Ohio, Eastern Division
Hon. Patricia A. Gaughan
No. 1:23-cv-1597

## APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEFS

Stephanie Schuster
MORGAN, LEWIS, & BOCKIUS LLP
1111 Pennsylvania Ave., NW
Washington, D.C. 20004
(202) 373-6595
stephanie.schuster@morganlewis.com

*Counsel for Progressive Preferred Insurance Company and Progressive Casualty Insurance Company*

August 27, 2024

Neal Kumar Katyal
David M. Foster
Reedy C. Swanson
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-8872
neal.katyal@hoganlovells.com

*Counsel for Circular Board Inc.*

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Disclosure of Corporate Affiliations and Financial Interest

Sixth Circuit
Case Number: 24-3454    Case Name: Roberts v. Progressive Preferred Ins. Co

Name of counsel: Neal Kumar Katyal

Pursuant to 6th Cir. R. 26.1, Circular Board Inc.
*Name of Party*

makes the following disclosure:

1. Is said party a subsidiary or affiliate of a publicly owned corporation? If Yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

No

2. Is there a publicly owned corporation, not a party to the appeal, that has a financial interest in the outcome? If yes, list the identity of such corporation and the nature of the financial interest:

No

### CERTIFICATE OF SERVICE

I certify that on August 27, 2024 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/Neal Kumar Katyal

This statement is filed twice: when the appeal is initially opened and later, in the principal briefs, immediately preceding the table of contents. See 6th Cir. R. 26.1 on page 2 of this form.

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Disclosure of Corporate Affiliations and Financial Interest

Sixth Circuit
Case Number: 24-3454           Case Name: Roberts v. Progressive Preferred Ins. Co

Name of counsel: Stephanie Schuster

Pursuant to 6th Cir. R. 26.1, Progressive Preferred Ins. Co.; Progressive Casualty Ins. Co.
*Name of Party*
makes the following disclosure:

1. Is said party a subsidiary or affiliate of a publicly owned corporation? If Yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

Progressive Preferred Insurance Company and Progressive Casualty Insurance Company are wholly-owned subsidiaries of Progressive Agency Holdings, Inc., which is a wholly-owned subsidiary of The Progressive Corporation. The Progressive Corporation is a publicly traded entity.

2. Is there a publicly owned corporation, not a party to the appeal, that has a financial interest in the outcome? If yes, list the identity of such corporation and the nature of the financial interest:

n/a

## CERTIFICATE OF SERVICE

I certify that on  August 27, 2024  the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/Stephanie Schuster

This statement is filed twice: when the appeal is initially opened and later, in the principal briefs, immediately preceding the table of contents. See 6th Cir. R. 26.1 on page 2 of this form.

Appellees Progressive Preferred Insurance Company, Progressive Casualty Insurance Company (collectively, "Progressive"), and Circular Board Inc., respectfully request a 30-day extension of time within which to file their response briefs in this case to and including October 18, 2024. Counsel for Appellants has indicated that Appellants do not oppose this motion.

1. Appellants filed their notice of appeal in this case on May 23, 2024. Appellants timely filed their opening brief on August 16, 2024.

2. Under this Court's scheduling order, Appellees' response briefs are currently due on September 18, 2024.

3. Appellees respectfully request a 30-day extension within which to file their response briefs, to and including October 18, 2024. This is Appellees' first request for an extension in this appeal.

4. Good cause exists for this extension in light of counsel's existing briefing and argument commitments.

Counsel for Circular Board has the following briefing and argument deadlines upcoming: a reply brief in support of certiorari in *Barnes v. Felix*, No. 23-1239 (U.S.) due on August 28, 2024; a reply brief on the merits in *Royal Canin U.S.A., Inc. v. Wullschleger*, No. 23-677 (U.S.) due on September 4, 2024; a brief in opposition to certiorari in *Piazza v. Gramercy Distressed Opportunity Fund II L.P.*, No. 24-64 (U.S.) due on September 18, 2024; preparation for oral argument in

*CeramTec GmbH v. CoorsTek Bioceramics LLC*, No. 23-1502 (Fed. Cir.) on October 8, 2024; and a reply brief on the merits in *NVIDIA Corp. v. E. Ohman J:or Fonder AB*, No. 23-970 (U.S.) due on October 25, 2024.

Counsel for Progressive has the following briefing and argument deadlines upcoming: a brief in *United States v. Skrmetti*, No. 23-477 (U.S.), due September 3, 2024; a brief due in *Brewer v. Pepperidge Farm, Inc.*, No. 1-24-1323 (Ill. App.), due September 5, 2024; oral argument in *Brown v. Old Navy, LLC*, No. 102592-1 (Wash.), on September 10, 2024; and a brief due in *Hernandez v. Savencia Cheese, LLC*, No. 712549/2024 (N.Y. Sup. Ct.), due September 19, 2024.  In addition, counsel for Progressive will be hosting a conference on September 12, 2024, and attending to various deadlines in *In re Social Media Adolescent Addiction*, MDL No. 3047, No. 22-md-3047 (N.D. Cal.), throughout September and October.

5. Counsel for Appellants has indicated that Appellants do not oppose this motion.

## CONCLUSION

For these reasons, Appellees respectfully request that the deadline for filing response briefs be extended to and including October 18, 2024.

|  |  |
|---|---|
|  | Respectfully submitted, |
| /s/ Stephanie Schuster | /s/ Neal Kumar Katyal |
| Stephanie Schuster<br>MORGAN, LEWIS, & BOCKIUS LLP<br>1111 Pennsylavnia Ave., NW<br>Washington, D.C. 20004<br>(202) 373-6595<br>stephanie.schuster@morganlewis.com<br><br>*Counsel for Progressive Preferred Insurance Company and Progressive Casualty Insurance Company* | Neal Kumar Katyal<br>David M. Foster<br>Reedy C. Swanson<br>HOGAN LOVELLS US LLP<br>555 Thirteenth Street, N.W.<br>Washington, D.C. 20004<br>(202) 637-8872<br>neal.katyal@hoganlovells.com<br><br>*Counsel for Circular Board Inc.* |

August 27, 2024

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 403 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word for Office 365 in Times New Roman 14-point font.

August 27, 2024	/s/ Neal Kumar Katyal
	Neal Kumar Katyal

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the appellate CM/ECF system on August 27, 2024. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

<u>/s/ Neal Kumar Katyal</u>
Neal Kumar Katyal