UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-3454**

Case Title: **Roberts, et al.** vs. **Progressive Casualty Ins. Co., et al.**

List all clients you represent in this appeal:

**Circular Board Inc.**

☐ Appellant  ☐ Petitioner  ☐ Amicus Curiae  ☐ Criminal Justice Act
☒ Appellee   ☐ Respondent  ☐ Intervenor                (Appointed)

☒ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Dolores P. Garcia**          Signature: s/ **Dolores P. Garcia**

Firm Name: **UB Greensfelder LLP**

Business Address: **1660 West 2nd Street, Suite 1100**

City/State/Zip: **Cleveland, OH  44113**

Telephone Number (Area Code): **216-583-7430**

Email Address: **dgarcia@ubglaw.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.