UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **24-3454**

Case Title: **Roberts** vs. **Progressive Preferred Ins. Co. et al.**

List all clients you represent in this appeal:

**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW, LatinoJustice PRLDEF, Southern Poverty Law Center, and NAACP.**

- ☐ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☒ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☒ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Keith J. Harrison**    Signature: s/ **Keith J. Harrison**

Firm Name: **Crowell & Moring LLP**

Business Address: **1001 Pennsylvania Avenue, NW**

City/State/Zip: **Washington, DC 20004**

Telephone Number (Area Code): **202-624-2560**

Email Address: **KHarrison@Crowell.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---