UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| **Nathan Roberts**, et al.<br><br>　　　Plaintiffs-Appellants,<br><br>v.<br><br>**Progressive Preferred Insurance Company**, et al.,<br><br>　　　Defendants-Appellees. | No. 24-3454 |

### UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLANTS' REPLY BRIEF

Appellants Nathan Roberts et al. respectfully move under Local Appellate Rule 26(a)(1) for a 14-day extension of time to file their reply brief, which would establish a new deadline of November 22, 2024. In support of their motion, the appellants aver as follows:

1. The appellants' reply brief is currently due on Friday, November 8, 2024.

2. The appellants respectfully request a 14-day extension to file their reply brief, from Friday, November 8, 2024, to Friday, November 22, 2024.

3. The appellants are making this request because their lead appellate counsel, Jonathan F. Mitchell, has had an exceptionally busy schedule since the appellees filed their answering briefs on October 18, 2024, which will make it difficult, if not impossible, to complete the reply brief before the current due

date. Mr. Mitchell operates as a solo practitioner, and he serves as lead counsel on many cases throughout the country and faced numerous briefing deadlines and court appearances over the past few weeks, many of which could not be moved. Those include:

- Drafting and filing a brief in support of certiorari in *Becerra v. Braidwood Management Inc.*, No. 24-316 (SCOTUS), which was filed on October 21, 2024.

- Drafting and filing a conditional cross-petition in *Braidwood Management Inc. v. Becerra*, No. 24-475 (SCOTUS), which was filed on October 21, 2024.

- Preparing for and presenting oral argument in *Christian Labor Ass'n v. City of Duluth*, No. 23-2450 (8th Cir.), which was held on October 23, 2024.

- Drafting and filing a supplemental brief on potential mootness in *Umphress v. Hall*, No. 20-11216 (5th Cir.), which was filed on October 25, 2024.

- Drafting and filing a proposed final judgment in *Lilith Fund v. Dickson*, No. D-1-GN-20-003113 (Travis County), which was filed on October 28, 2024.

- Preparing for and presenting oral argument in *Meadows v. Suddenlink*, No. 23-1142 (4th Cir.), which was held on November 1, 2024.

- Drafting and filing a supplemental reply brief on potential mootness in *Umphress v. Hall*, No. 20-11216 (5th Cir.), which was filed on November 1, 2024.

- Drafting and filing a supplemental brief on potential mootness in *Hensley v. State Commission on Judicial Conduct*, No. 03-21-

00305-CV (Tex. App.—Austin), which is due on November 4, 2024.

- Drafting and filing a petition for writ of certiorari in *Heron v. Nationstar*, which is due on November 11, 2024.

4. The appellants therefore respectfully request a 14-day extension to complete and file their reply brief.

5. The extension is sought not for the purposes of delay, but so that appellants' counsel will be able to prepare a brief that will be helpful to this Court.

6. The appellants have not sought or obtained any prior extension for their reply brief in this case. Nor did they seek or obtain any prior extension for their opening appellate brief and appendix, which were timely filed on August 19, 2024.

7. We have conferred with counsel for the appellees they are unopposed to this motion.

## CONCLUSION

The motion for extension of time should be granted.

                                              Respectfully submitted.

                                              <u>/s/ Jonathan F. Mitchell</u>
                                              Jonathan F. Mitchell
                                              Mitchell Law PLLC
                                              111 Congress Avenue, Suite 400
                                              Austin, Texas 78701
                                              (512) 686-3940
                                              jonathan@mitchell.law

Dated: November 2, 2024               *Counsel for Plaintiffs-Appellants*

## CERTIFICATE OF COMPLIANCE

I certify that this document complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2). The motion was prepared in 14-point Equity, and it contains 497 words.

Dated: November 2, 2024

     /s/ Jonathan F. Mitchell  
Jonathan F. Mitchell  
*Counsel for Plaintiffs-Appellants*

# CERTIFICATE OF SERVICE

I certify that on November 2, 2024, this document was electronically filed with the clerk of the court for the U.S. Court of Appeals for the Sixth Circuit and served through CM/ECF upon:

Stephanie Schuster
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 373-6595 (phone)
(202) 739-3001 (fax)
stephanie.schuster@morganlewis.com

Emily Cuneo DeSmedt
Morgan, Lewis & Bockius LLP
502 Carnegie Center
Princeton, New Jersey 08540
(609) 919-6673
(877) 432-9652
emily.desmedt@morganlewis.com

Hanna E. Martin
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178
(212) 309-6716
(212) 309-6000
hanna.martin@morganlewis.com

Michael J. Ruttinger
Tucker Ellis LLP
950 Main Avenue, Suite 1100
Cleveland, Ohio 44113
(216) 696-4456 (phone)
(216) 592-5009 (fax)
michael.ruttinger@tuckerellis.com

*Counsel for Appellees Progressive Preferred Insurance Co. and Progressive Casualty Insurance Co.*

Michael N. Ungar
Dolores Garcia
Halden R. Schwallie
Ub Greensfelder LLP
Skylight Office Tower
1660 West 2nd Street, Suite 1100
Cleveland, Ohio 44113-1406
(216) 583-7000 (phone)
(216) 583-7001 (fax)
mungar@ubglaw.com dgarcia@ubglaw.com
hschwallie@ubglaw.com

Neal Kumar Katyal
David M. Foster
Reedy C. Swanson
Hogan Lovells US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600 (phone)
(202) 637-5910 (fax)
neal.katyal@hoganlovells.com
david.foster@hoganlovells.com
reedy.swanson@hoganlovells.com

*Counsel for Appellee Circular Board Inc.*

  /s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Plaintiffs-Appellants*