**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: November 04, 2024

Mr. Jonathan F. Mitchell
Mitchell Law
111 Congress Avenue
Suite 400
Austin, TX 78701

Re: Case No. 24-3454, *Nathan Roberts, et al v. Progressive Preferred Insurance Company, et al*
Originating Case No. 1:23-cv-01597

Dear Counsel,

   The appellant's unopposed motion for a 14-day extension of time to file the reply brief has been GRANTED. The reply brief is now due **November 22, 2024**.

                                        Sincerely yours,

                                        s/Robin L Baker
                                        Case Manager
                                        Direct Dial No. 513-564-7014

cc:  Mr. Joseph P Ashbrook
     Mr. Nicholas Barry
     Ms. Julie Elizabeth Byrne
     Mr. Benjamin Michael Flowers
     Mr. David M. Foster
     Ms. Dolores Patria Garcia
     Mr. Gene Hamilton
     Mr. Keith Jay Harrison
     Mr. William A. Jacobson
     Mr. Neal Kumar Katyal
     Ms. Stephanie Schuster
     Mr. Reedy Swanson