UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| **Nathan Roberts**, et al.<br><br>  Plaintiffs-Appellants,<br><br>v.<br><br>**Progressive Preferred Insurance Company**, et al.,<br><br>  Defendants-Appellees. | No. 24-3454 |

### APPELLANTS' UNOPPOSED MOTION FOR LEAVE TO FILE CORRECTED OPENING BRIEF

 Appellants Nathan Roberts and Freedom Truck Dispatch LLC respectfully move for leave to file a corrected opening brief. In support of their motion, the appellants aver as follows:

 1. The appellants filed their opening brief on August 19, 2024. It is currently appears in the record as Docket Entry No. 26.

 2. When working on the reply brief, counsel for the appellants noticed a proofreading error on page 12 of the opening appellants' brief, as the second sentence after the "Summary of Argument" header is a sentence fragment.

 3. The appellants respectfully seek leave to file a corrected brief that fixes this error. No other changes of any sort are being made in the corrected brief, which we will file as a separate entry after filing this motion.

4. We have conferred with counsel for the appellees they are unopposed to this motion.

## CONCLUSION

The motion for leave to file a corrected opening appellants' brief should be granted.

Respectfully submitted.

/s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940
jonathan@mitchell.law

Dated: December 4, 2024                *Counsel for Plaintiffs-Appellants*

## CERTIFICATE OF COMPLIANCE

I certify that this document complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2). The motion was prepared in 14-point Equity, and it contains 158 words.

Dated: December 4, 2024

/s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for Plaintiffs-Appellants*

# CERTIFICATE OF SERVICE

I certify that on December 4, 2024, this document was electronically filed with the clerk of the court for the U.S. Court of Appeals for the Sixth Circuit and served through CM/ECF upon:

STEPHANIE SCHUSTER
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 373-6595 (phone)
(202) 739-3001 (fax)
stephanie.schuster@morganlewis.com

EMILY CUNEO DESMEDT
Morgan, Lewis & Bockius LLP
502 Carnegie Center
Princeton, New Jersey 08540
(609) 919-6673
(877) 432-9652
emily.desmedt@morganlewis.com

HANNA E. MARTIN
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178
(212) 309-6716
(212) 309-6000
hanna.martin@morganlewis.com

MICHAEL J. RUTTINGER
Tucker Ellis LLP
950 Main Avenue, Suite 1100
Cleveland, Ohio 44113
(216) 696-4456 (phone)
(216) 592-5009 (fax)
michael.ruttinger@tuckerellis.com

*Counsel for Appellees Progressive Preferred Insurance Co. and Progressive Casualty Insurance Co.*

MICHAEL N. UNGAR
DOLORES GARCIA
HALDEN R. SCHWALLIE
Ub Greensfelder LLP
Skylight Office Tower
1660 West 2nd Street, Suite 1100
Cleveland, Ohio 44113-1406
(216) 583-7000 (phone)
(216) 583-7001 (fax)
mungar@ubglaw.com dgarcia@ubglaw.com
hschwallie@ubglaw.com

NEAL KUMAR KATYAL
DAVID M. FOSTER
REEDY C. SWANSON
Hogan Lovells US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600 (phone)
(202) 637-5910 (fax)
neal.katyal@hoganlovells.com
david.foster@hoganlovells.com
reedy.swanson@hoganlovells.com

*Counsel for Appellee Circular Board Inc.*

 /s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for Plaintiffs-Appellants*