## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: December 09, 2024

Mr. Jonathan F. Mitchell
Mitchell Law
111 Congress Avenue
Suite 400
Austin, TX 78701

Re: Case No. 24-3454, *Nathan Roberts, et al v. Progressive Preferred Insurance Company, et al*
Originating Case No. 1:23-cv-01597

Dear Counsel,

   The Court issued the enclosed Order today in this case.

                        Sincerely yours,

                        s/Robin L Baker
                        Case Manager
                        Direct Dial No. 513-564-7014

cc:  Mr. Joseph P Ashbrook
     Mr. Nicholas Barry
     Ms. Julie Elizabeth Byrne
     Mr. Benjamin Michael Flowers
     Mr. David M. Foster
     Ms. Dolores Patria Garcia
     Mr. Gene Hamilton
     Mr. Keith Jay Harrison
     Mr. William A. Jacobson
     Mr. Neal Kumar Katyal
     Ms. Stephanie Schuster
     Mr. Reedy Swanson

Enclosure