No. 24-3454

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Dec 9, 2024
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| NATHAN ROBERTS and FREEDOM TRUCK DISPATCH, LLC, on behalf of themselves and all others similarly situated, ) ) ) ) ) | |
| Plaintiffs-Appellants, ) ) | |
| v. ) ) | O R D E R |
| PROGRESSIVE PREFERRED INSURANCE COMPANY; PROGRESSIVE CASUALTY INSURANCE COMPANY; CIRCULAR BOARD INC., originally named as Circular Board, LLC, ) ) ) ) ) ) ) | |
| Defendants-Appellees. ) | |

The plaintiffs appeal the district court's order dismissing for lack of standing this purported class action alleging that defendants violated 42 U.S.C. § 1981 by administering a race-based grant program for Black-owned businesses. The plaintiffs move for leave to file a corrected opening brief to correct a proofreading error, tendering contemporaneously the corrected brief. The motion purports to be unopposed.

The plaintiffs' motion for leave to file a corrected principal brief is **GRANTED**. The clerk will lock on the docket the previously filed brief, and the plaintiffs will proceed on their corrected brief.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

*Kelly L. Stephens*
Kelly L. Stephens, Clerk