No. 24-3454

# In the United States Court of Appeals for the Sixth Circuit

―――――――――

Nathan Roberts and Freedom Truck Dispatch LLC, on behalf of themselves and all others similarly situated,

*Plaintiffs-Appellants*,

v.

Progressive Preferred Insurance Company; Progressive Casualty Insurance Company; Circular Board Inc., originally named as Circular Board, LLC

*Defendants-Appellees*.

―――――――――

On Appeal from the United States District Court
for the Northern District of Ohio, Eastern Division
Case No. 1:23-cv-01597-PAG

## MOTION TO WITHDRAW GENE P. HAMILTON AS COUNSEL FOR PLAINTIFFS-APPELLANTS

The plaintiffs-appellants file this motion to withdraw Gene P. Hamilton as counsel for the plaintiffs-appellants, Nathan Roberts and Freedom Truck Dispatch, LLC, in this matter.

Mr. Hamilton has accepted a position outside America First Legal Foundation. The plaintiffs will continue to be represented by extraordinarily competent and able counsel. Jonathan F. Mitchell will continue to serve as lead counsel. And Joseph Ashbrook, Ben Flowers, and Julie Byrne from Ashbrook, Byrne, Kresge, Flowers LLC will continue to represent the plaintiffs-appellants, as will Nicholas Barry from America First Legal Foundation. This

1

motion will not delay any proceedings. We have conferred with counsel for the defendants-appellees and they are unopposed to this motion.

Respectfully submitted.

Dated: January 17, 2025

Joseph P. Ashbrook
Julie E. Byrne
Benjamin M. Flowers
Ashbrook Byrne Kresge LLC
Post Office Box 8248
Cincinnati, Ohio 45249
(513) 582-7424 (phone)
(513) 216-9882 (fax)
jpashbrook@ashbrookbk.com
jebyrne@ashbrookbk.com
bflowers@ashbrookbk.com

 /s/ Gene P. Hamilton 
Gene P. Hamilton
Nicholas R. Barry
America First Legal Foundation
611 Pennsylvania Avenue SE #231
Washington, DC 20003
(202) 964-3721 (phone)
gene.hamilton@aflegal.org
nicholas.barry@aflegal.org

Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

*Counsel for Plaintiffs-Appellants*

## CERTIFICATE OF SERVICE

    I certify that on January 17, 2025, this document was electronically filed with the clerk of the court for the U.S. Court of Appeals for the Sixth Circuit and served through CM/ECF.

/s/ Gene P. Hamilton
Gene P. Hamilton
*Counsel for Plaintiffs-Appellants*
