# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: February 25, 2026

Mr. Joseph P Ashbrook
Ashbrook Byrne Kresge Flowers LLC
P.O. Box 8248
Cincinnati, OH 45249

Mr. Nicholas Barry
America First Legal Foundation
611 Pennsylvania Avenue
Suite 231
Washington, DC 20003

Ms. Julie Elizabeth Byrne
Ashbrook Byrne Kresge Flowers LLC
P.O. Box 8248
Cincinnati, OH 45249

Mr. Benjamin Michael Flowers
Ashbrook Byrne Kresge Flowers LLC
P.O. Box 8248
Cincinnati, OH 45249

Mr. David M. Foster
Hogan Lovells
555 13th Street, N.W.
Washington, DC 20004

Ms. Dolores Patria Garcia
UB Greensfelder
Business Litigation
1660 W. Second Street, Suite 1100
Cleveland, OH 44113

Mr. Keith Jay Harrison
Crowell & Moring
1001 Pennsylvania Avenue, N.W., Eighth Floor
Washington, DC 20004

Mr. William A. Jacobson
Legal Insurrection Foundation
18 Maple Avenue, Suite 280
Barrington, RI 02806

Mr. Neal Kumar Katyal
Milbank, 1101 New York Avenue, N.W.
Washington, DC 20005

Mr. Jonathan F. Mitchell
Mitchell Law, 111 Congress Avenue, Suite 400
Austin, TX 78701

Ms. Stephanie Schuster
Morgan Lewis
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004

Mr. Reedy Swanson
Hogan Lovells
555 13th Street, N.W.
Washington, DC 20004

    Re: Case No. 24-3454, *Nathan Roberts, et al v. Progressive Preferred Ins Co, et al*
        Originating Case No. 1:23-cv-01597

Dear Counsel,

    Today, the court made a correction on page 19 of the opinion that issued yesterday in this case, i.e., "…counsel for <u>defendants</u>…" Attached is a copy of the corrected opinion.

    Please note that the date the opinion is deemed to have been filed remains February 24, 2026

                                Yours very truly,

                                Kelly L. Stephens, Clerk


                                Cathryn Lovely
                                Deputy Clerk

cc: Mr. Christian Capece


Enclosure